FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0157

_____

IN RE THE MARRIAGE OF:

CHRISTINE L. MULGREW,

      Petitioner and Appellee,

    and

THOMAS D. MULGREW,

      Respondent and Appellant.

                             O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on July 6, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(ii) provides that the cover page of the brief must include the cause number in this Court.

The Court has determined that the Appellant's brief does not comply with the referenced rule in failing to provide the cause number in this Court.

M. R. App. P. 11(6)(b)(iii) provides that the cover page of the brief must include the name, the venue of the tribunal, and the judge in which the case originated or from which an appeal is taken.

The Court has determined that the Appellant's brief does not comply with the referenced rule in failing to provide the name, venue, or judge in the case from which the appeal is taken.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing

the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant's counsel and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
July 7 2020